## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | |
|---|---|
| DYLAN T. FAIRCLOTH, | : No. 533 MAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| DEPARTMENT OF TRANSPORTATION, | : |
| BUREAU OF DRIVER LICENSING, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of December, 2014, the Petition for Allowance of Appeal is **DENIED** and the Application for Supersedeas Pending Appeal is **DENIED**.